# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Alexandro David Meza-Frias (02),<br><br>　　　　　　　　　Defendant. | Case No. 18CR5002-AJB<br><br>JUDGMENT OF DISMISSAL |

**FILED NOV 29 2018**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8 USC 1324 (a)(1)(A)(ii),(v)(II), and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting

Dated: 11/29/2018

Hon. Ruben B. Brooks
United States Magistrate Judge